**Fredicia HARDNETT; Wilbert A. Hardnett, Plaintiffs-Appellants,**

v.

**M & T BANK; Atlantic Law Group; John Doe 1-10; Jane Doe 1-10, Defendants-Appellees.**

No. 17-1538

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 23, 2017

Fredicia Hardnett, Wilbert A. Hardnett, Appellants Pro Se. Robert Miltz Luck, III, REED SMITH, LLP, Richmond, Virginia, for Appellees.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredicia Hardnett and Wilbert A. Hardnett appeal the district court's order dismissing their suit and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hardnett v. M & T Bank*, No. 3:15-cv-00622-MHL (E.D. Va. Aug. 31 & Sept. 19, 2016; Apr. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*